[No. 53485-8-I. Division One. May 2, 2005.]

YORKSTON OIL COMPANY, *Respondent*, v. DAVID G. SIGL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-01850-5, David A. Nichols, J., entered November 14, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Agid, JJ.

[No. 53763-6-I. Division One. May 2, 2005.]

*In the Matter of the Marriage of* MARGARET BOND, *Respondent*, and LARRY BOND, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-3-00386-3, David A. Nichols, J., entered January 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54073-4-I. Division One. May 2, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS ALBERTO MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07677-1, Steven G. Scott, J., entered April 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54283-4-I. Division One. May 2, 2005.]

JONAH L. KARCH, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-04282-1, Ronald Kessler, J., entered April 29, 2004. *Affirmed* by unpublished per curiam opinion.